**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01471-LTB

MICHAEL RUDKIN,

    Plaintiff,

v.

DAVID ALLRED,
GREEN,
LOPEZ,
ANTHONY OSAGIE,
C.A. WILSON, and
BUREAU OF PRISONS,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion for Court Order Directing Court Clerk to Verify Receipt of $350 Filing Fee and for Court Order Directing U.S. Marshal Service (ECF No. 6) filed on July 16, 2012, is DENIED as moot because the Court's docketing records do not indicate that Plaintiff paid the filing fee and the instant action was dismissed on July 13, 2012.

Dated:  July 17, 2012