**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01471-BNB

MICHAEL RUDKIN,

    Plaintiff,

v.

DAVID ALLRED,
GREEN,
LOPEZ,
ANTHONY OSAGIE,
C.A. WILSON, and
BUREAU OF PRISONS,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff has filed a motion (ECF No. 13) seeking both confirmation that he has paid the filing fee for this action and an order directing service of process. The motion is DENIED. Plaintiff previously was advised that the filing fee for this action has been paid and the request for an order directing service of process is premature.

Dated: August 21, 2012